In the Matter of the Application of the County of Westchester, by Westchester County Park Commission, Organized and Existing under and in Pursuance of Chapter 292 of the Laws of 1922 of the State of New York, and the Acts Amendatory Thereof, Appellant, to Acquire Title to Lands of Harry K. Watson, George F. Downey, Hannah Downey, Henry Stauff, Emma Stauff, Joseph Guglich, Margaret A. Brennan, John H. Glancy, Katherine Glancy, City of Yonkers, Samuel Turner, Elizabeth Turner and Euthimios H. L. Tchor-Baj-Oglu, Respondents.— Order setting aside awards and appointing new commissioners unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

In the Matter of the Application of Ira T. Johnson, as Executor of the Last Will and Testament of Ella Wilson, Deceased, for an Order Directing an Inquiry of Certain Personal Property Belonging to the Deceased. Milton P. Kaler, Appellant; Ira T. Johnson, as Executor, Respondent.— Decree of the Surrogate's Court of Westchester county unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

Ernest R. Kinsky, Respondent, v. The New York Central Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

Anna Kretschmar, as Administratrix of the Goods, Chattels and Credits of Frederick Zujuhrden, Deceased, Appellant, v. The City of New York, Respondent.— Order reversed upon the law and the facts, with costs, verdict reinstated and judgment directed to be entered thereon, with costs. The testimony shows that the decedent for many years had contributed substantially toward the support of his only sister. His contributions to her had been continued so long that there is reasonable probability that they would have continued for the remainder of his active life. There is nothing in the record to justify a reduction of the verdict. The amount of the verdict is peculiarly within the province of the jury. (Spinelli v. Siegel, Inc., 224 App. Div. 669.) Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ., concur.